IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RORY M. WALSH**, individually and as Natural Guardian of C.R.W., : : : **Plaintiff** : v. : : **DR. ROBERT KRANTZ**, et al., : : **Defendants** : | CIVIL ACTION NO. 1:07-CV-0616 (Judge Conner) |

# ORDER

AND NOW, this 13th day of June, 2007, upon consideration of defendants' motions to dismiss (Docs. 3, 11), and *pro se* plaintiff's motion (Doc. 24) to purge information from C.R.W.'s records at Dallastown Middle School,[1] it is hereby ORDERED that:

1. Discovery in the above-captioned case is STAYED pending disposition of the outstanding motions to dismiss.

2. The motion to purge (Doc. 24) is DENIED without prejudice to plaintiff's right to re-file after the stay has been lifted.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge

---

[1] The court notes that plaintiff attempts to add retaliation claims against various defendants in the motion to purge. (See Doc. 24 at 3; Doc. 25 at 2.) Plaintiff cannot amend his complaint by merely raising additional allegations in a motion.