# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RORY M. WALSH**, individually and as Natural Guardian of C.R.W., | : CIVIL ACTION NO. 1:07-CV-0616 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **DR. ROBERT KRANTZ**, et al., | : |
| Defendants | : |

## ORDER

AND NOW, this 6th day of August, 2007, upon consideration of *pro se* plaintiff's *ex parte* motion for limited immunity (Doc. 40), seeking immunity from sections 2070.10 and 2070.17 of Title 24 of the Pennsylvania Statutes to allow him to "build his case by discussing/deposing/gaining depositions from additional witnesses" (Doc. 40 ¶ 3), and it appearing that the order of court dated June 13, 2007 (Doc. 27) stayed discovery pending disposition of the outstanding motions to dismiss (Docs. 3, 11), it is hereby ORDERED that the *ex parte* motion for limited immunity (Doc. 40) is DENIED without prejudice to plaintiff's right to re-file after the stay has been lifted.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge