## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH**, individually and as Natural Guardian of C.R.W. and S.J.W., | : : : | **CIVIL ACTION NO. 1:07-CV-0616** |
| | : | **(Judge Conner)** |
| Plaintiffs | : | |
| v. | : : | |
| **DR. ROBERT KRANTZ**, et al., | : : | |
| Defendants | : | |

### ORDER

AND NOW, this 3rd day of July, 2008, upon consideration of the amended complaint (Doc. 52) which lists Steven L. Turner and the Pennsylvania Department of Education as defendants, and the orders of court dated August 2, 2007 (Doc. 43) June 4, 2008 (Doc. 46) which dismissed the original claims against these defendants, and it appearing that the amended complaint does not bring claims against these defendants (see Doc. 55 (specifying which defendants are implicated by each claim)), it is hereby ORDERED that the Clerk of Court is directed to TERMINATE defendants Steven L. Turner and the Pennsylvania Department of Education.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge