# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RORY M. WALSH**, individually and as Natural Guardian of C.R.W., | : | CIVIL ACTION NO. 1:07-CV-0616 |
| | : | |
| | : | **(Judge Conner)** |
| **Plaintiff** | : | |
| v. | : | |
| | : | |
| **DR. ROBERT KRANTZ**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 12th day of February, 2009, upon consideration of *pro se* plaintiff's motion (Doc. 136) to file his motion for recusal (Doc. 137) under seal, which plaintiff requests in order to "cloak and keep from the opposition . . . the prejudicial actions of this Court in the prior action,"[1] (Doc. 135 at 2), and it further appearing that the referred-to orders of court constitute publicly available records, and that plaintiff's motion (Doc. 137) to recuse contains no privileged or confidential information, see Secureinfo Corp. v. Bukstel, No. Civ. A. 03-CV-679, 2003 WL 23112409, at *2 (E.D. Pa. Dec. 16, 2003) (unsealing civil motion when it contained no

---

[1] The "prior action" refers to plaintiff's previously-filed civil suit, Walsh v. United States, Civ. A. No. 1:05-CV-0818.

privileged or confidential information), it is hereby ORDERED that plaintiff's motion (Doc. 136) to file under seal is DENIED.

                                                      S/ Christopher C. Conner
                                                 CHRISTOPHER C. CONNER
                                                 United States District Judge